UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UCHEMMADU A. NWAOGU, <br><br> Plaintiff, <br><br> -against- <br><br> C.O. R. MEJIA, SHIELD #6424; C.O. WILLIAMS, SHIELD #1226; C.O. OTIS, SHIELD #18180; CAPTAIN BARBARA, <br><br> Defendants. | 25-CV-2649 (MKV) <br><br> ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court assumes familiarity with the facts and procedural history of the case. Plaintiff has filed two Motions to Amend/Correct "the previous motion" and more recently, an "amendment of motion." [ECF Nos. 12, 13, 16]. As no motion has yet been filed, the Court against construes Plaintiff's filings as requests for leave to file an Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request is GRANTED. Plaintiff may file an amended complaint on or before July 24, 2025.

An amended complaint "ordinarily supersedes [or replaces] the original [complaint] and renders it of no legal effect." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303 (2d Cir. 2020). Accordingly, if Plaintiff chooses to amend his complaint, he shall file an Amended Complaint which includes all alleged facts and defendants from his original complaint and any additional alleged facts or defendants, such as those included in his past three motions, which he intends to allege in his case.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff. The Clerk of Court is further requested to electronically notify the New York City Department of Correction and the New York City Law Department of this order.

**SO ORDERED.**

Dated:
    New York, New York
    June 12, 2025

_____
MARY KAY VYSKOCIL
United States District Judge