USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UCHEMMADU A. NWAOGU,

                              Plaintiff,

              -against-                                    25-CV-2649 (MKV)

C.O. R. MEJIA, SHIELD #6424; C.O.                         ORDER OF SERVICE
WILLIAMS, SHIELD #1226; C.O. OTIS,
SHIELD #18180; CAPTAIN BARBARA,

                              Defendants.

MARY KAY VYSKOCIL, United States District Judge:

        Plaintiff, who currently is detained at the North Infirmary Command on Rikers Island,

brings this action *pro se* under 42 U.S.C. § 1983. Plaintiff filed his second amended complaint

alleging numerous causes of action against numerous Defendants.  [ECF No. 36].

## DISCUSSION

### A.    Waiver of Service

        The Clerk of Court is directed to electronically notify the New York City Department of

Correction and the New York City Law Department of this order. The Court requests that the City

of New York; Correction Officer R. Mejia, Shield #6424; Correction Officer Williams, Shield

#1226; Correction Officer Otis, Shield #18180; Correction Officer Colon, Correction Officer

Cowan, Correction Officer Ransome, Correction Officer Pursud, Correction Officer Kelly, Captain

Barbara, Captain Lopez, Captain Battle, Captain Mulgrave, Deputy Johnson, Chief Warden Matos,

and former mayor Eric Adams waive service of summons.

### B.    Dismissal

        Plaintiff's claims against the New York City Department of Correction and New York

City Board of Correction must be dismissed because an agency of the City of New York is not an

entity that can be sued. N.Y. City Charter ch. 17, § 396 ("[A]ll actions and proceedings for the recovery of penalties for the violation of any law shall be brought in the name of the city of New York and not in that of any agency, except where otherwise provided by law."); *Jenkins v. City of New York*, 478 F.3d 76, 93 n.19 (2d Cir. 2007); *see also* C*ooper v. Dep't of Correction NYC*, No. 23-CV-4885 (LTS), 2023 WL 4421825, at *3 (S.D.N.Y. July 7, 2023) ("Plaintiff's claims against the New York City Department of Correction ("DOC"), which he names three different ways, must be dismissed because an agency of the City of New York is not an entity that can be sued.").  Further, Plaintiff's claims against the phone number 311 must be dismissed because a phone number is not a person within the meaning of 42 U.S.C. § 1983.  *See generally Zuckerman v. Appellate Div., Second Dep't Supreme Court*, 421 F.2d 625, 626 (2d Cir. 1970).

**CONCLUSION**

The Clerk of Court is further directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants the City of New York; Correction Officer R. Mejia, Shield #6424; Correction Officer Williams, Shield #1226; Correction Officer Otis, Shield #18180; Correction Officer Colon, Correction officer Cowan, Correction officer Ransome, Correction Officer Pursud, Correction Officer Kelly, Captain Barbara, Captain Lopez, Captain Battle, Captain Mulgrave, Deputy Johnson, Chief Warden Matos, and former mayor Eric Adams waive service of summons.

Plaintiff's claims against the New York City Department of Correction, the New York City Board of Correction, and the phone number 311 are DISMISSED.

The Clerk of Court is also directed to mail an information package to Plaintiff.

**SO ORDERED.**

Dated:

New York, New York
January 14, 2026

_____
MARY KAY VYSKOCIL
United States District Judge