USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UCHEMMADU A. NWAOGU,

                              Plaintiff,

              -against-

C.O. R. MEJIA, ET AL.,

                              Defendants.

25-CV-2649 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff, who currently is detained at the North Infirmary Command on Rikers Island, brings this action *pro se* under 42 U.S.C. § 1983. Plaintiff filed his second amended complaint alleging numerous causes of action against numerous Defendants. (ECF No. 36.)

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Myriam Blain, Franklin Maija, and Svetlana Kalimulina through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the amended complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these Defendant.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Myriam Blain, Franklin Maija, and Svetlana Kalimulina, complete the USM-285 form with the address for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is also instructed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    January 29, 2026
          New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.  Myriam Blain
    PAGNY
    CHS – Queens Warehouse
    ATTN: Renee Tarver
    49-04 19th Avenue
    Astoria, NY 11105


2.  Franklin Maija
    PAGNY
    CHS – Queens Warehouse
    ATTN: Renee Tarver
    49-04 19th Avenue
    Astoria, NY 11105

3.  Svetlana Kalimulina
    PAGNY
    CHS – Queens Warehouse
    ATTN: Renee Tarver
    49-04 19th Avenue
    Astoria, NY 11105