USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UCHEMMADU A. NWAOGU,

                        Plaintiff,

        -against-

C.O. R. MEJIA, SHIELD #6424; C.O.
WILLIAMS, SHIELD #1226; C.O. OTIS,
SHIELD #18180; CAPTAIN BARBARA,

                        Defendants.

25-CV-2649 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff, who currently is detained at the North Infirmary Command on Rikers Island, brings this action *pro se* under 42 U.S.C. § 1983. Plaintiff filed his third amended complaint alleging numerous causes of action against numerous Defendants. [ECF No. 47].

## DISCUSSION

### A.    Waiver of Service

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officer Mejia, Shield #6424; Correction Officer Williams, Shield #1226; and Correction Officer Otis, Shield #18180 waive service of summons.

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants Correction Officer Mejia, Shield #6424; Correction Officer Williams, Shield #1226; and Correction Officer Otis, Shield #18180 waive service of summons.

The Clerk of Court is also directed to mail an information package to Plaintiff.

**SO ORDERED.**

Dated:

New York, New York
May 27, 2026

MARY KAY VYSKOCIL
United States District Judge