USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UCHEMMADU A. NWAOGU,

Plaintiff,

-against-

C.O. R. MEJIA, SHIELD #6424; C.O. WILLIAMS, SHIELD #1226; C.O. OTIS, SHIELD #18180; CAPTAIN BARBARA,

Defendants.

25-CV-2649 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

This Court issued an order under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), directing the New York City Law Department to ascertain the identity of the following individuals whom Plaintiff seeks to sue in this case: "CO Colon," "CO Pursud," "CO Kelly," "Capt. Barbara," "Capt. Lopez," "Capt. Mulgrave," "Deputy Johnson," and "Deputy Greene." [ECF No. 60]. The Court is in receipt of a letter from defense counsel providing the identifies and service addresses for all those individuals except "CO Colon." [ECF No. 66]. Defense counsel states that "despite extensive efforts, we are presently unable to identify 'CO Colon' because the Complaint does not contain sufficient information to identify them." [ECF No. 66].

Accordingly, IT IS HEREBY ORDERED that, **on or before, November 1, 2026**, Plaintiff shall fill a letter on the docket providing any additional information he has regarding "CO Colon," the alleged incident including specific dates, times, locations, the assignment post for "CO Colon," and physical descriptions of "CO Colon" in order to assist Defendants in identifying "CO Colon."

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may**

**result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff. The Clerk of Court is further requested to electronically notify the New York City Department of Correction and the New York City Law Department of this order.

**SO ORDERED.**

Dated: September 28, 2026
New York, New York

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge